RECEIVED
JAN 15 2025
U.S. District Court
Eastern District of MO
Cape Girardeau

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## DIVISION

Jane Doe 1 )
_____, )
      Plaintiff, )
)
)
v. ) Case No.   1:24-cv-00217-ACL
)
David Lee McKnight )
_____, )
      Defendant(s). )
)

### MOTION FOR APPOINTMENT OF COUNSEL
### AND AFFIDAVIT IN SUPPORT

I, David Lee McKnight, hereby apply for appointment of Counsel. In support of my application I declare under penalty of perjury that the following facts are true:

(1) I am the ~~plaintiff~~ **Defendant** in the above-entitled case and I believe I am entitled to redress.

(2) Because of my poverty, I am unable to pay a reasonable attorney fee.

(3) I have made diligent efforts to obtain legal counsel, but because of my poverty I have been unable to secure same. Following is a description of the efforts I have made:

I am currently facing criminal charges before this Court related to this civil suit in case number 1:24CR160 SNLJ (ACL). I've been assigned counsel in the criminal matter because of my indigency. I require appointed counsel on the civil matter because of my indigency as well. Additionally, I require appointed counsel because defending the civil matter will invoke my Fifth Amendment right against self-incrimination and the Protective Order issued by this Court on 1:24CR160 SNLJ (ACL).

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 15, 2025.

_____
Signature of ~~Plaintiff~~ Defendant