UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JANE DOE 1, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:24-CV-00217-ACL |
| DAVID MCKNIGHT, et. al., | ) |
| Defendants. | ) |

ORDER

Upon review of the record, the Court notes that the file contains neither proof of service upon nor entry of appearance on behalf of Defendant **Missouri State Highway Patrol**.  Because it does not appear that service of the Complaint has been timely made by April 15, 2025, the deadline for completing service of process,

**IT IS HEREBY ORDERED**, pursuant to Fed. R. Civ. P. 4(m), that Plaintiff shall show cause in writing, **no later than June 11, 2025**, why this action should not be dismissed without prejudice as to Defendant Missouri State Highway Patrol for lack of timely service.

Dated this 21st day of May, 2025.

/s/ *Abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE