UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JANE DOE 1, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:24-CV-00217-ACL |
| ) | |
| DAVID MCKNIGHT, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On July 1, 2025, Defendant Missouri State Highway Patrol filed a Motion to Dismiss for failure to state a claim upon which relief can be granted. (Doc. 35.) To date, Plaintiffs have not filed a response.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs shall show cause, **no later than October 8, 2025**, why the Complaint should not be dismissed as to Defendant Missouri State Highway Patrol.

    /s/ *Abbie Crites-Leoni*
    ABBIE CRITES-LEONI
    UNITED STATES MAGISTRATE JUDGE

Dated this 1st day of October, 2025.