UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JANE DOE 1, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 1:24-CV-217-ACL |
| DAVID MCKNIGHT, | ) |
| Defendant. | ) |

### ORDER

This matter is before the Court *sua sponte*. Defendant David McKnight was named as a defendant by two additional alleged victims in the following actions filed on November 4, 2025: *Emily Northern v. David McKnight*, 1:25-CV-00187-SNLJ, and *Lorraine Schlapak v. David McKnight*, 1:25-CV-00188-ACL. The Plaintiffs in these new actions are represented by the same attorney.

Pursuant to Federal Rule of Civil Procedure 42(a), "[i]f actions before the court involve a common question of law or fact, the court may: ... (2) consolidate the actions; or (3) issue any orders to avoid unnecessary cost or delay." Fed. R. Civ. P. 42(a). "'Whether to consolidate actions under Rule 42(a) is vested in the court's discretion,' and 'the district court can consolidate actions sua sponte.'" *Express Scripts, Inc. v. United States*, 4:21-cv-740-HEA, 2023WL 2525647, at *1 (E.D. Mo. Mar. 15, 2023) (quoting *Bendzak v. Midland Nat. Life Ins. Co.*, 240 F.R.D. 449, 450 (S.D. Iowa 2007)).

Here, the Court finds consolidation of Plaintiffs' case with the newly filed actions is

1

warranted. All cases involve the same Defendant, the same causes of action (violations of federal law under 42 U.S.C. § 1983, as well as state claims), and similar underlying factual allegations while the Defendant was employed by the Missouri State Highway Patrol. Given that this matter and Case Numbers 1:25-CV-00187-SNLJ and 1:25-CV-00188-ACL involve common facts and common questions of law, consolidation is warranted to avoid unnecessary costs and to promote judicial efficiency. Pursuant to Local Rule 4.03, the Court must consolidate the cases into the lowest case number. E.D. Mo. L.R. 4.03 ("A party desiring the consolidation of related cases shall file a motion in the case bearing the lowest cause number.").

During the Rule 16 Conference held with the parties in the above-referenced action on this date, counsel indicated that they had no objection to the consolidation of this action with Case Numbers 1:25-CV-00187-SNLJ and 1:25-CV-00188-ACL. Counsel for Defendant advised that he had spoken with counsel for Plaintiffs in the newly filed actions, who represented that he had no objection to consolidation or to the Joint Proposed Scheduling Plan filed by counsel in the instant action.

Accordingly,

**IT IS HEREBY ORDERED** that *Emily Northern v. David McKnight*, 1:25-CV-00187-SNLJ, and *Lorraine Schlapak v. David McKnight*, 1:25-CV-00188-ACL are consolidated into *Jane Doe 1, et al. v. David McKnight*, 1:24-CV-217-ACL for all remaining proceedings. All future documents shall be filed in Case No. 1:24-CV-217-ACL.

**IT IS FURTHER ORDERED** that the Clerk of Court docket and file a copy of this Order in each of the consolidated cases.

**IT IS FURTHER ORDERED** that the Clerk of Court administratively close *Emily Northern v. David McKnight*, 1:25-CV-00187-SNLJ, and *Lorraine Schlapak v. David McKnight*, 1:25-CV-00188-ACL.

    /s/ *Abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE

Dated this 13th day of November, 2025.