UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JANE DOE 1, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>)<br>DAVID MCKNIGHT, )<br>)<br>Defendant. ) | Case No. 1:24-CV-217-ACL |

## ORDER

This matter is before the Court *sua sponte*. Defendant David McKnight was named as a defendant by an additional alleged victim in the following action filed on February 11, 2026: *Jane Doe 3 v. David McKnight*, 1:26-CV-00035-ACL. The Plaintiff in this new action is represented by the same attorney as one of the Plaintiffs in the above-captioned consolidated action.

Pursuant to Federal Rule of Civil Procedure 42(a), "[i]f actions before the court involve a common question of law or fact, the court may: ... (2) consolidate the actions; or (3) issue any orders to avoid unnecessary cost or delay." Fed. R. Civ. P. 42(a). "'Whether to consolidate actions under Rule 42(a) is vested in the court's discretion,' and 'the district court can consolidate actions sua sponte.'" *Express Scripts, Inc. v. United States*, 4:21-cv-740-HEA, 2023WL 2525647, at *1 (E.D. Mo. Mar. 15, 2023) (quoting *Bendzak v. Midland Nat. Life Ins. Co.*, 240 F.R.D. 449, 450 (S.D. Iowa 2007)).

Here, the Court finds consolidation of Plaintiffs' case with the newly filed action is

1

warranted. All cases involve the same Defendant, the same causes of action (violations of federal law under 42 U.S.C. § 1983, as well as state claims), and similar underlying factual allegations while the Defendant was employed by the Missouri State Highway Patrol. Given that this matter and Case Number 1:26-CV-00035-ACL involve common facts and common questions of law, consolidation is warranted to avoid unnecessary costs and to promote judicial efficiency. Pursuant to Local Rule 4.03, the Court must consolidate the cases into the lowest case number. E.D. Mo. L.R. 4.03 ("A party desiring the consolidation of related cases shall file a motion in the case bearing the lowest cause number.").

At a status conference held with the parties on this date, counsel for all parties indicated that they did not oppose consolidation.

Accordingly,

**IT IS HEREBY ORDERED** that *Jane Doe 3 v. David McKnight*, 1:26-CV-00035-ACL is consolidated into *Jane Doe 1, et al. v. David McKnight*, 1:24-CV-217-ACL for all remaining proceedings. All future documents shall be filed in Case No. 1:24-CV-217-ACL.

**IT IS FURTHER ORDERED** that Plaintiff Jane Doe 3's Motion to Proceed with the Use of a Pseudonym (Doc. 2) is granted for the reasons set out in the Court's May 30, 2025 Order in the consolidated action (Doc. 30).

**IT IS FURTHER ORDERED** that the Clerk of Court docket and file a copy of this Order in each of the consolidated cases.

**IT IS FURTHER ORDERED** that the Clerk of Court administratively close *Jane Doe 3 v. David McKnight*, 1:26-CV-00035-ACL.

3

                                       /s/ *Abbie Crites-Leoni*
                                      ABBIE CRITES-LEONI
                                      UNITED STATES MAGISTRATE JUDGE

Dated this 12th day of February, 2026.