**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF MISSOURI**

**SOUTHEASTERN DIVISION**

| | |
|---|---|
| JANE DOE 1, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID MCKNIGHT,<br><br>Defendant. | **ORDER**<br><br>Case No. 1:24-cv-00217-ACL |

TO: **THE U.S. MARSHAL FOR THE EASTERN DISTRICT OF MISSOURI, OR TO ANY OTHER U.S. MARSHAL, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE WITNESS MAY BE HELD**

You are hereby commanded to bring the body of DAVID MCKNIGHT who is the Defendant in this matter and currently confined at the FMC-ROCHESTER to this District **no later than Friday, September 25, 2026**, so that he may consult with his attorney and appear before this Court for a jury trial that will commence at 9:00 am, on September 29, 2026, at the Rush Hudson Limbaugh, Sr., United States Courthouse at 555 Independence Street, Cape Girardeau, MO 63703 in Courtroom 4A, and from day to day thereafter, for purposes of appearing and testifying in this matter, as well as for any other pretrial conference that is scheduled after the Defendant's arrival in the District.

You are further commanded to hold Defendant at all times in your custody as an agent of the United States of America, and to return Defendant to the institution where now confined immediately after the conclusion of the proceedings and final disposition of this case.

Dated this 9th day of September, 2026.

Abbie Crites-Leoni

Abbie Crites-Leoni
United States Magistrate Judge