UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JANE DOE 1, et al.<br><br>Plaintiffs,<br><br>v.<br><br>DAVID McKNIGHT,<br><br>Defendant. | Case No. 1:24-cv-00217-ACL<br><br>(Consolidated) |

**NOTICE OF SETTLEMENT**

Plaintiffs notify the Court that a settlement has been reached in this matter. Plaintiffs will provide further information regarding dismissal within 14 days of this notice.

Dated: October 1, 2026

Respectfully submitted,

**KHAZAELI WYRSCH, LLC**

*/s/ John Waldron*
Leah M. Fessler, 76824MO
John M. Waldron, 70401MO
James R. Wyrsch, 53197MO
Javad M. Khazaeli, 53735MO
Brendan D. Roediger, 60585MO
911 Washington Avenue, Suite 211
Saint Louis, MO 63101
(314) 288-0777
(314) 400-7701 Facsimile

*Attorneys for Plaintiffs*