**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| JANE DOE 1 et. al, | ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | |
| v. | ) | Cause No.: 1:24-CV-00217 |
| | ) | |
| DAVID MCKNIGHT | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

The Court, having reviewed the foregoing Stipulation and finding good cause therefor, hereby ORDERS as follows:

1. The Stipulation Regarding Liability and Stipulated Facts is APPROVED and SO ORDERED.

2. Defendant David McKnight is adjudged liable to each of the seven Plaintiffs individually as to the Counts of their respective Complaints as stated in the Stipulation Regarding Liability.

3. The facts set forth in the Stipulated Facts are established for all purposes in this action.

4. All issues regarding remedies, damages, and relief as to each Plaintiff are RESERVED for further proceedings.

**IT IS SO ORDERED.**

Dated: 9-29-26

Abbie Crites-Leoni
ABBIE CRITES-LEONI, UNITED STATES MAGISTRATE JUDGE